

# Fourth Court of Appeals
## San Antonio, Texas

December 19, 2018

No. 04-18-00844-CV

**TITLE SOURCE, INC.**, Reporters Committee for Freedom of the Press, and Houston Forward Times,
Appellants

v.

**HOUSECANARY, INC.** f/k/a Canary Analytics, Inc.,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2016CI06300
Honorable David A. Canales, Judge Presiding

# O R D E R

The Appellant, Title Source, Inc.'s Unopposed Motion for Extension of Time to File Brief is GRANTED.  Time is extended to January 17, 2019.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of December, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court